RICHARD E. MAHONEY, SR., ADMINISTRATOR (ESTATE OF RICHARD E. MAHONEY, JR.), ET AL. *v.* BRIAN LENSINK, COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION, ET AL.

"1. Did the enactment of General Statutes § 17-206k waive the sovereign immunity of the state with respect to violations of General Statutes §§ 17-206b and 17-206c?

"2. Did the allegations of the plaintiffs' complaint sufficiently allege a violation of General Statutes §§ 17-206b and 17-206c?"

*Carl J. Schuman,* assistant attorney general, in support of the petition.

*William B. Wynne,* in opposition.

Decided January 12, 1989

RICHARD E. MAHONEY, SR., ADMINISTRATOR (ESTATE OF RICHARD E. MAHONEY, JR.), ET AL. *v.* BRIAN LENSINK, COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION, ET AL.

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 17 Conn. App. 130, is granted, limited to the following issues:

"1. Did the enactment of General Statutes § 17-206k waive the sovereign immunity of the state with respect to violations of General Statutes §§ 17-206b and 17-206c?

"2. Did the allegations of the plaintiffs' complaint sufficiently allege a violation of General Statutes §§ 17-206b and 17-206c?"

*William B. Wynne,* in support of the petition.

Decided January 12, 1989